IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>JAIME MICHELLE MORRIS<br><br><br><br>        Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CV   05-1205 |

### NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on July 20, 2005, and is now pending.

(i)     The names of all plaintiffs and the case number are identified above.

(ii)    The court in which said action was brought is identified above.

(iii)   The name(s) of the title holder(s) of record are: JAIME MICHELLE MORRIS

(iv)   The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

   Lots Four (4) and Five (5) in Block Two (2) Humphrey's Fifth Addition to the City of Hamilton, County of Hancock, State of Illinois

   PIN No. 11-32-426-000
   PIN No. 11-32-425-000

(v)    A common address or description of the location of the real estate is as follows:
   960 Hickory Street, Hamilton, Illinois 62341

(vi)   An identification of the mortgage sought to be foreclosed is as follows:

   Name of mortgagor(s):      Jaime Michelle Morris

   Name of mortgagee:         United States of America, United States
                              Department of Agriculture

   Date(s) of mortgage(s):    January 12, 2001

Date(s) of recording: January 12, 2001

County where recorded: Hancock County, Illinois

Recording document identification: Recorded as Instrument No. 2001-171

UNITED STATES OF AMERICA, Plaintiff

JAN PAUL MILLER
United States Attorney

PREPARED BY:

By: s/: BRADLEY W. MURPHY
Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street
Suite 400
Peoria, Illinois 61602
Telephone No. 309-671-7050
Fax No. 309-671-7259
brad.murphy@usdoj.gov

This instrument was prepared by Bradley W. Murphy, Assistant U. S. Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602