E-FILED
Tuesday, 27 September, 2005  10:29:53 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )| |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Case No.   05-1205 |
| ) | |
| JAIME MICHELLE MORRIS,   ) | |
| ) | |
| Defendant.   ) | |

NOTICE OF FILING
MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE

To:   **Jaime Michelle Morris**
**10th and Morgan**
**Keokuk, Iowa 52632**

You are hereby notified that the Plaintiff, United States of America, filed a *Motion To Enter Default Judgment of Foreclosure* against you on **September 27, 2005**. Please be advised that the Court may rule on this Motion without further notice or a hearing, after the Motion has been on file for 14 days.

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY


**s/: BRADLEY W. MURPHY**
BRADLEY W. MURPHY
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.   05-1205 |
| JAIME MICHELLE MORRIS, | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on **September 27, 2005**, I electronically filed the **NOTICE OF FILING MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Not Applicable**

and I hereby further certify that I have mailed, by United States Postal Service, the **NOTICE OF FILING MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE** to the following non CM/ECF participant:

>   **Jaime Michelle Morris**
>   **10th and Morgan**
>   **Keokuk, Iowa 52632**

>   **s/:  DONALD C. LATTIG**
>   **DONALD C. LATTIG**
>   Legal Assistant
>   Office of the United States Attorney
>   One Technology Plaza
>   211 Fulton Street, 4th Floor
>   Peoria, Illinois 61602
>   Telephone: 309.671.7050
>   E-Mail: don.lattig@usdoj.gov