# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**USA**

vs.                                                      Case Number:   **05-1205**

**JAIME MICHELLE MORRIS**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that default judgment of foreclosure is entered in favor of Plaintiff and against Defendant plus costs of suit.

ENTER this 13th day of October, 2005.

JOHN M. WATERS, CLERK

s/H. Kallister
BY: DEPUTY CLERK