IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-1205 |
| ) | |
| JAIME MICHELLE MORRIS, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF MARSHAL'S SALE

**PUBLIC NOTICE** is hereby given that pursuant to a judgment of foreclosure entered by the Court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1.   The name, address and telephone number of the person to contact for information regarding the real estate is:

   **Sharon Roberts
   Community Development Specialist
   110 Buchanan Street
   Route 136 West
   Carthage, Illinois 62321
   Telephone:  217.357.2188, Ext. #4**

2.   The common address and other common description, if any, of the real estate is:

   **960 Hickory Street
   Hamilton, Illinois 62341**

3. The legal description of the real estate is:

   **Lots Four (4) and Five (5) in Block Two (2) Humphrey's Fifth Addition to the City of Hamilton, County of Hancock, State of Illinois**

   **PIN No. 11-32-426-000**
   **PIN No. 11-32-425-000**

4. The real estate may be inspected prior to sale at the following times:

   (Available for inspection during business hours upon reasonable advance notice to the county office listed above.)

5. The time and place of the sale are:

   **Thursday, January 19, 2006, at 11:00AM at the front door of the Hancock County Courthouse in Carthage, Illinois.**

6. The terms of the sale are:

   Said property shall be sold to the highest bidder who shall pay ten percent (10%) of the bid purchase price payable at the time and place of the sale by certified check tendered to the United States Marshal conducting the sale. The balance of the bid purchase price shall be paid by certified check received by the United States Marshal's Service, 100 NE Monroe Street, Peoria, Illinois, 61602, within thirty (30) days of the date of said sale. If the balance is not received within said time period, the ten percent (10%) payment made at the time of the sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the year **2003 and 2004,** and subsequent years, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record. Buyer(s) shall also be responsible for payment of the real estate transfer tax (Ch. 120, Par. 1003, Ill.Rev.Stat.).

8.    At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor.  Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

**DATED** at Peoria, Illinois, this **17th** day of **November, 2005**.

**s/:  STEVEN D. DEATHERAGE**
**STEVEN D. DEATHERAGE**
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-1205 |
| | ) |
| JAIME MICHELLE MORRIS, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on **November 18, 2005**, I electronically filed **PLAINTIFF'S NOTICE OF MARSHAL'S SALE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Not Applicable**

and I hereby further certify that I have mailed, by United States Postal Service, the **PLAINTIFF'S NOTICE OF MARSHAL'S SALE** to the following non CM/ECF participants:

**Jaime Michelle Morris
1020 Morgan
Keokuk, Iowa 52632**

s/:  DONALD C. LATTIG
**DONALD C. LATTIG**
Legal Assistant
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050
E-Mail: don.lattig@usdoj.gov