## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-1205 |
| | ) |
| JAIME MICHELLE MORRIS, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Elizabeth L. Collins, Assistant United States Attorney, enters her appearance to this Court as co-counsel to represent the United States for the above-named case.

                                                  Respectfully submitted,
                                                  RODGER A. HEATON
                                                  United States Attorney

                                                  s/ Elizabeth L. Collins
                       By:  _____
                                                  Elizabeth L. Collins, IL Bar No. 487864
                                                  Attorney for Plaintiff
                                                   United States Attorney's Office
                                                   318 South Sixth Street
                                                   Springfield, IL  62701
                                                   Telephone:  217/492-4450
                                                   Fax:  217/492-4888
                                                   email:  beth.collins@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

>Jaime Michelle Morris
>10th and Morgan
>Keokuk, IA 52632

    January 20, 2006                           s/ Elizabeth L. Collins
Date:_____                  _____