# CERTIFICATE OF PUBLICATION

STATE OF ILLINOIS ) 
) SS.
COUNTY OF HANCOCK )

Carthage, Illinois Dec. 21, 2005

I, Joy E. Swearingen being first duly sworn on oath, do depose and say, that I am a notary public of the HANCOCK COUNTY JOURNAL-PILOT, a newspaper as defined in Act-Chapter 100, Section 1 and 5, Illinois Revised Statutes, a public weekly secular newspaper printed and published at Carthage, in Hancock County, and of general circulation in said county, and that the annexed advertisement and notice was printed and published in said newspaper in four successive weekly issues, and in each and every issue thereof, the first publication being in the number dated and issued on the 21st day of December A.D. 2005, and the last publication thereof being on the 11th day of January A.D. 2006, and that said newspaper has been regularly published at least six months prior to the first publication of said notice as aforesaid.

Advertising fee - $432.00

Received payment .................

/s/ Joy E. Swearingen
Notary Public in and for said County.

OFFICIAL SEAL
JOY E SWEARINGEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04-23-07

DEC 27 2005

---

PUBLIC NOTICE

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

UNITED STATES OF AMERICA,
    Plaintiff,
v.                                      ) Civil No. 05-1205
JAIME MICHELLE MORRIS,
    Defendant.

NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgement of foreclosure entered by the the Court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:

Sharon Roberts
Community Development Specialist
110 Buchanan Street
Route 136 West
Carthage, Illinois 62321
Telephone: 217.357.2188, Ext. #4

2. The common address and other common description, if any, of the real estate is:

960 Hickory Street
Hamilton, Illinois 62341

3. The legal description of the real estate is:
Lots Four (4) and Five (5) in Block Two (2) Humphrey's Fifth Addition to the City of Hamilton, County of Hancock, State of Illinois

PIN No. 11-32-426-000
PIN No. 11-32-425-000

4. The real estate may be inspected prior to sale at the following times:
(Available for inspection during business hours upon reasonable advance notice to the county office listed above.)

5. The time and place of the sale are:
Thursday, January 19, 2006, at 11:00 AM at the front door of the Hancock County Courthouse in Carthage, Illinois.

6. The terms of the sale are:
Said property shall be sold to the highest bidder who shall pay ten percent (10%) of the bid purchase price payable at the time and place of the sale by certified check tendered to the United States Marshal conducting the sale. The balance of the bid purchase price shall be paid by certified check received by the United States Marshal's Service, 100 NE Monroe Street, Peoria, Illinois, 61602, within thirty (3) days of the sate of said sale. If the balance is not received within said time period, the ten percent (10%) payment made at the time of the sale shall be forfeited to the United states, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the year 2003 and 2004, and subsequent years, which are a lien upon real estate, and special assessments, if any, and easement and restrictions of record. Buyer(s) shall also be responsible for payment of the real estate transfer tax (Ch. 120, Par. 1003, Ill. Rev.Stat.).

8. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Peoria, Illinois this 17th day of November, 2005.

s/: STEVEN D. DEATHERAGE
STEVEN D. DEATHERAGE
UNITED STATES MARSHAL