UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JAIME MICHELLE MORRIS, | ) ) |
| Defendant. | ) Case No. 05-1205 |

RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on July 20, 2005, and recorded in the Recorder's Office in Hancock County, Illinois, on August 8, 2005, as Document No. 2005-2649, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above-entitled mortgage foreclosure action was filed on July 20, 2005, and is now pending.

(i) The name of the plaintiff and the case number are identified above.

(ii) The court in which said action was brought is identified above.

(iii) The name of the title holder of record is: Jaime Michelle Morris

(iv) A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lots Four (4) and Five (5) in Block Two (2) Humphrey's Fifth Addition to the City of Hamilton, County of Hancock, State of Illinois
>
> PIN No. 11-32-426-000, PIN No. 11-32-425-000

(v) A common address or description of the location of the real estate is as follows:

    960 Hickory Street, Hamilton, IL  62341

(vi) An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of mortgagor: | Jaime Michelle Morris |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Date of mortgage: | January 12, 2001 |
| Date of recording: | January 12, 2001 |
| County where recorded: | Hancock County, Illinois |
| Recording document identification: | Recorded as Instrument No. 2001-171 |

    Respectfully submitted,
    RODGER A. HEATON
    United States Attorney

By:    s/ Elizabeth L. Collins
    _____
    Elizabeth L. Collins, IL Bar No. 487864
    Attorney for Plaintiff
    United States Attorney's Office
    318 South Sixth Street
    Springfield, IL  62701
    Telephone:  217/492-4450
    Fax:  217/492-4888
    email:  beth.collins@usdoj.gov

This instrument was prepared by Elizabeth L. Collins, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.

Please return recorded release to Elizabeth L. Collins, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.