UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 05-1205 |
| JAIME MICHELLE MORRIS, | ) |
| Defendant, | ) |
| PCA NATIONAL LLC, | ) |
| Garnishee. | ) |

### APPLICATION FOR WRIT OF CONTINUING EARNINGS GARNISHMENT

Plaintiff, United States applies, pursuant to 28 U.S.C. § 3205, for a Writ of Continuing Earnings Garnishment upon the Judgment for a USDA, Rural Development foreclosure deficiency judgment, against Defendant JAIME MICHELLE MORRIS, whose Social Security Number is XXX-XX-5803 and whose last known address is Keokuk, IA 52532.

1. The Judgment is in the amount of $28,848.43, and post-judgment interest at the rate of 4.14% compounded annually. As of March 15, 2007, the sum of $ - 0 - has been credited to the Judgment debt, leaving a total balance due of $30,237.89.

2. The United States demanded payment from the defendant; at least 30 days has elapsed since the demand; and the defendant has not paid the amount due.

3. The garnishee is believed to have property of the defendant being wages, salaries, commissions, and/or bonuses. A portion of this property, that is 25% of the weekly disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less, is a nonexempt interest of the defendant's pursuant to federal law.

**WHEREFORE**, the United States requests that the Clerk of the Court issue a Writ requiring the garnishee to: (1) file an answer and (2) withhold the defendant's nonexempt interest in the wages, salaries, commissions and/or bonuses pending further order of this Court.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE: March 16, 2007

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **APPLICATION FOR WRIT OF CONTINUING EARNINGS GARNISHMENT**, has this March 16, 2007, been placed in the United states mail addressed to:

>Jaime Michelle Morris
>116 N. 2nd Rear
>Keokuk, IA 52532
>
>Pca National Llc
>Attn: Robbie Milke
>815 Matthews-Mint Hill Lane
>Matthews, NC 28105-1705

DATE: March 16, 2007

>s/ Elizabeth L. Collins
>Elizabeth L. Collins, Bar No. 487864
>Attorney for the Plaintiff
>United States Attorney's Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217-492-4450
>Fax: 217-492-4888
>E-mail: Beth.Collins@usdoj.gov

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 05-1205 |
| | ) |
| JAIME MICHELLE MORRIS, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| PCA NATIONAL LLC, | ) |
| | ) |
| Garnishee. | ) |

**O R D E R**

The United States has applied for a Writ of Continuing Earnings Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

**THEREFORE IT IS ORDERED** that a Writ of Continuing Earnings Garnishment submitted by the government shall be issued.

_____
UNITED STATES DISTRICT JUDGE

**ENTERED:**  This ____ day of March, 2007.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | COURT NO. 05-1205 |
| ) | |
| JAIME MICHELLE MORRIS, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| PCA NATIONAL LLC, ) | |
| ) | |
| Garnishee. ) | |

### WRIT OF CONTINUING EARNINGS GARNISHMENT

TO:  **PCA National LLC
Attn: Robbie Milke
815 Matthews-Mint Hill Lane
Matthews, NC 28105-1705**, Garnishee.

1. An Application for Writ of Continuing Earnings Garnishment against the property of **JAIME MICHELLE MORRIS**, defendant, has been filed with this Court. A Judgment has been entered against this defendant, whose last known address is Keokuk, IA 52532, for a USDA Rural Development foreclosure deficiency judgment. The balance due on the Judgment is $30,237.89, as of March 15, 2007.

2. The United States is represented by Elizabeth L. Collins, Assistant United States Attorney, 318 S. 6th St., Springfield, Illinois 62701.

3. You are required by law to answer in writing, under oath, within ten days, whether or not you have in your custody, control or possession, any property of the defendant, being nonexempt disposable earnings.

4. The answer shall include a description and the value of the defendant's nonexempt disposable earnings, a description of any previous garnishments to which defendants earnings are subject and the extent to which any remaining earnings are nonexempt, and, the amount of the debt

(earnings) the garnishee anticipates owing to the defendant in the future and whether the period for payment will be weekly or and the specified period.

    5.  The original answer of the garnishee shall be filed in the **U.S. District Court 100 N. E. Monroe, Rm 309, Peoria, Il 61602**, with a copy mailed to the defendant and the United States Attorneys Office, Financial Litigation Unit, at 318 S. 6th St., Springfield, Il 62701.

    6.  You are required to withhold and retain pending further order any of the defendant's nonexempt disposable earnings being 25% of the weekly disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less, which you are now, or may in the future, become indebted to the defendant.

                                         _____
                                           JOHN M. WATERS, CLERK
                                           UNITED STATES DISTRICT COURT

DATE: _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | COURT NO. 05-1205 |
| JAIME MICHELLE MORRIS, | ) ) ) | |
| Defendant, | ) ) | |
| PCA NATIONAL LLC, | ) ) | |
| Garnishee. | ) | |

**CLERK'S NOTICE OF POST-JUDGMENT**
**CONTINUING EARNINGS GARNISHMENT**

**N O T I C E**

You are hereby notified that nonexempt disposable earnings are being taken by the United States Government which has a Court Judgment in this case in the amount of $28,848.43 for a USDA Rural Development foreclosure deficiency judgment. A balance of $30,237.89 remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if **JAIME MICHELLE MORRIS**, can show that the exemptions apply. Below is a summary of exemptions which apply:

The federal law limits earnings garnishments to the lessor of 25% of the disposable earnings (total earnings minus legally required deductions) or the amount by which disposable earnings exceed 30 times the federal minimum wage ($5.15 per hour x 30 = $154.50 per week).

If you are Defendant **JAIME MICHELLE MORRIS**, you have a right to ask the Court to return your property to you if you think the property the Government is taking qualifies under one of the above exemptions or; in the case of a default judgment, you think you do not owe the money to the United States Government that it says you do. If you want a hearing, you must notify the Court within 20 days after you receive this notice. You must make your request in writing, and either mail it or deliver it in person to the **Clerk of the Court at 100 N. E. Monroe, Rm 309, Peoria, Il 61602**. If you wish, you may use this notice to request the hearing by checking the appropriate boxes in the "Objection to

2

Garnishment and Request for Hearing" at the end of this Notice and mailing this notice to the Court Clerk.  You must also send a copy of your request to the United States Government at the United States Attorney's Office, Attention Financial Litigation Unit, 318 S. 6th St., Springfield, IL 62701, so the Government will know you want a hearing.  The hearing will take place within five days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the Court why you believe the property the Government has taken is exempt or, for a default judgment, why you think you do not owe the money to the Government.  If you do not request a hearing within 20 days of receiving this Notice, your nonexempt disposable earnings may be taken from your wages and applied to the debt you owe the Government.

If you think you live outside the Federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the Court to the Federal judicial district in which you reside.  You must make your request in writing, and either mail it or deliver it in person to the **Clerk of the Court at 100 N. E. Monroe, Rm 309, Peoria, Il 61602**.  You must also send a copy of your request to the Government at the U. S. Attorney's Office, Attention Financial Litigation Unit, 318 S. 6th St., Springfield, IL 62701, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this Notice for your own records.  If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court.  The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

                                                       _____
                                                       JOHN M. WATERS, CLERK
                                                       UNITED STATES DISTRICT COURT

DATE:_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|         Plaintiff, | ) |
|         v. | ) COURT NO. 05-1205 |
| JAIME MICHELLE MORRIS, | ) |
|         Defendant, | ) |
| PCA NATIONAL LLC, | ) |
|         Garnishee. | ) |

### OBJECTION TO GARNISHMENT AND REQUEST FOR HEARING

☐ I object to the garnishment of my earnings and request a hearing.

☐ Within 5 days after the Clerk receives this request for hearing.

☐ As soon as possible, but may be later than 5 days.

**The reason I object to the Garnishment is:**

☐ I do not owe the government the money.

☐ The earnings are exempt because: _____

☐ Other (state Reasons).

The statements made in this objection and claim of entitlement to exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct. I have mailed a copy of this Objection to the United States and to the Garnishee.

_____  
DATE

_____  
_____  
_____  
NAME AND ADDRESS  
_____  
TELEPHONE NUMBER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 05-1205 |
| JAIME MICHELLE MORRIS, | ) |
| Defendant, | ) |
| PCA NATIONAL LLC, | ) |
| Garnishee. | ) |

**INSTRUCTIONS TO THE GARNISHEE
FOR CONTINUING EARNINGS GARNISHMENT**

PLEASE READ THESE INSTRUCTIONS CAREFULLY, AS THEY REPRESENT A SIGNIFICANT CHANGE IN GARNISHMENT PROCEDURES FROM THOSE PROCEDURES WITH WHICH YOU MAY BE FAMILIAR.

1. Enclosed is a Writ of Earnings Garnishment requesting that you determine whether or not you have in your possession, custody or control any non-exempt disposable earnings of the defendant.

2. **You are required to file with the Court a written answer to this Writ within 10 days of your receipt of this Writ.**  28 U.S.C. § 3205(c)(2)(E).  An answer form is attached for your use. The address of the **U.S. District Court is, 100 N. E. Monroe, Rm 309, Peoria, Il 61602**.  You must also serve a copy of your answer on the defendant at 116 N. 2nd Rear, Keokuk, IA, 52532 , and on the United States Attorneys Office, Financial Litigation Unit, 318 S. 6th St., Springfield, Illinois 62701.

3. You are further required to withhold up to 25% of the judgment debtors disposable

earnings or the amount by which disposable earnings for the week exceeds thirty times the federal minimum hourly wage whichever is less. (The federal minimum hourly wage is currently $5.15 per hour, therefore you must withhold the amount over $154.50 per week up to 25% of the debtors disposable earnings).

    4. The following are limitations on the amount that can be withheld:

        A. If the defendant's weekly disposable earnings are less than $154.50, no deduction can be made under this wage garnishment.

        B. If deductions are being made from the defendant's gross income under any orders for alimony, support or maintenance exceed twenty-five percent (25%) of the judgment debtor's disposable earnings, no deductions can be made under this wage garnishment.

        C. If deductions are being made from the defendant's gross income under any orders for alimony, support or maintenance for family members or former spouses, and those deductions are less than twenty-five percent (25%) of the defendant's disposable earnings, deductions may be made under this wage garnishment. However, the amount deducted added to the deductions made under any orders for alimony, support or maintenance for family members or former spouses cannot exceed twenty-five (25%) of the defendant's disposable earnings.

**NOTE: Nothing in this wage garnishment limits the proportion or amount which may be deducted under any order for alimony, support or maintenance for family members or former spouses.**

        D. Explanation of limitations - definitions:

        1. "Earnings" - means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments pursuant to a pension or retirement program.

        2. "Disposable Earnings" - means that part of an individual's earnings remaining after all deductions required by law have been withheld. For example, taxes, social security and employment insurance, are legally required deductions whereas, union dues, insurance, pension plans, etc. are not.

        3. "Nonexempt disposable earnings" - means 25 percent of disposable earnings, subject to section 303 of the Consumer Credit Protection Act. (15 U.S.C. §1673).

    5. **THIS IS A CONTINUING GARNISHMENT**. The garnishment can only be terminated by

satisfaction of the full amount of the debt, a court order, or exhaustion of the property or funds held by you unless you reinstate or re-employ the judgment debtor within 90 days of termination or resignation.

      6.  You are required by law to withhold and retain 25% of the defendant's disposable income pending the issuance of a final order in this matter.  **DO NOT SEND THIS MONEY TO THE UNITED STATES ATTORNEY'S OFFICE AT THIS TIME; THE FEDERAL DEBT COLLECTION PROCEDURES ACT REQUIRES THAT THE GARNISHEE WITHHOLD SUCH MONEY PENDING THE ISSUANCE OF THE FINAL ORDER.  WHEN A FINAL ORDER IS ISSUED IN THIS MATTER, YOU WILL BE SERVED WITH A COPY OF THAT ORDER WITH INSTRUCTIONS AS TO WHERE TO SEND THE GARNISHMENT PAYMENTS.**

      7.  **IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEBTOR'S NONEXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD.  ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AMERICA IF THE UNITED STATES FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.** §3205(6).  It is important therefore to file an Answer even though you believe that the defendant does not have any earnings that are subject to withholding.  Pursuant to 15 U.S.C. §1674, the garnishee is prohibited from discharging the defendant from employment by reason of the fact that his earnings have been subject to garnishment for any indebtedness.

If you have any additional questions, please contact Assistant United States Attorney Elizabeth L. Collins or Paralegal Specialist Mary Ann Blair at telephone number 217-492-4450 or by mail to: 318 S. 6th St., Springfield, IL 62701.

    Respectfully submitted,

    **RODGER A. HEATON**
    **UNITED STATES ATTORNEY**

DATE: March 16, 2007

    s/ Elizabeth L. Collins
    Elizabeth L. Collins, Bar No. 487864
    Attorney for the Plaintiff
    United States Attorney's Office
    318 S. 6th Street
    Springfield, Illinois 62701
    Tel: 217-492-4450
    Fax: 217-492-4888
    E-mail: Beth.Collins@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 05-1205 |
| JAIME MICHELLE MORRIS, | ) |
| Defendant, | ) |
| PCA NATIONAL LLC, | ) |
| Garnishee. | ) |

**ANSWER OF THE GARNISHEE**

1. **IF GARNISHEE IS AN INDIVIDUAL:**

That he/she is Garnishee herein doing business in the name of _____

_____ .

**IF GARNISHEE IS A PARTNERSHIP:**

That he/she is a member of a partnership in the name of _____

_____ .

**IF GARNISHEE IS A CORPORATION:**

That he/she is the (State Official Title) _____ of Garnishee, a

corporation organized under the laws of the State of _____ .

2. The address of the Garnishee is _____

_____ .

3. The Garnishee was served with the Writ of Continuing Garnishment on _____(Date).

4. For the pay period in effect on this date of service:

   A. The garnishee owes or will owe the defendant compensation for personal services whether denominated as wages, salary, commission, bonus or otherwise and includes periodic payments pursuant to a pension or retirement programs.    __ Yes __ No

If yes, indicate type of compensation owed.

    B. Indicate the payment periods: ___ weekly, ___ bi-weekly, ___ semi-monthly, ___ monthly.

    C. State when the present payment period began: _____(Date) and ends _____(Date).

(The present pay period is the pay period in which this Order and Notice of Garnishment were served)

    D. Enter the total amount of payment due and Calculate below:

        (1) Total Payment                  $_____

        (2) Federal income tax          $_____

        (3) F.I.C.A.                        $_____

        (4) State income tax            $_____

        (5) Other required and specify   $_____

        Total of required withholdings   $_____

        Disposable earnings           $_____

5. Are there any previous garnishments in effect:

    ___ Yes ___ No

If the answers is yes, describe the type of garnishment, amount and when it finalizes:

_____

_____

_____

6. Garnishee anticipates owing to the judgment debtor in the future, the following amounts:

2

|  Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

7. If you deny that you hold property subject to this order of garnishment, or assert an exemption or set-off, check the applicable line below and state the specifics.

___ The Garnishee makes the following claim of exemption on the part of defendant: _____

_____

___ The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim:

_____

___ The Garnishee is not indebted or under liability to the defendant to pay any compensation; the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner liable as Garnishee in this action.

_____

_____

_____

3

8. On _____, the Garnishee mailed a copy of this answer by first-class mail to:

(1) Debtor Name:   Jaime Michelle Morris
         at:   116 N. 2nd Rear
               Keokuk, IA 52532

(2) The Attorney for the United States:
    U. S. Attorneys Office
    Financial Litigation Unit
    318 S. 6th Street
    Springfield, Illinois 62701

**(3) The Original to:**   **U.S. District Court**
                         **100 N.E. Monroe, Rm 309**
                         **Peoria, Illinois 61602**

9. I declare under penalty of perjury that the above answers are true and correct. 28 U.S.C. § 1746.

_____
Signature

_____
Name (Printed)

_____
Address

_____

_____
Telephone

_____
Fax Number

_____
Relationship
(i.e. President, Treasurer, Payroll Clerk, etc.)