**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 05-1205 |
| JAIME MICHELLE MORRIS, | ) |
| Defendant, | ) |
| PCA NATIONAL LLC , | ) |
| Garnishee. | ) |

**MEMORANDUM OF LAW IN SUPPORT OF APPLICATION**
**FOR WRIT OF CONTINUING EARNINGS GARNISHMENT**

    This garnishment proceeding is brought pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. §3001 et. seq. (hereinafter cited by section number only)

    1. As required by §3205(b)(1)(B), the government has made a demand for payment. At least 30 days have elapsed since the demand and the defendant has not paid the amount due.

    2. In accordance with §3002(9) and the Consumer Credit Protection Act (15 U.S.C. §1673), the government is requesting that the garnishee withhold nonexempt disposable earnings being the lesser of 25% of the defendant's disposable earnings or the amount by which the weekly disposable earnings exceed 30 times the federal minimum wage.

    3. Section 3205(c)(1) provides that if the Court determines that the requirements of §3205 are satisfied, the Court shall issue the appropriate writ of garnishment.

    4. The Writ that the government has prepared conforms to the requirements of §3205(c)(2)(A-F).

    5. Section 3202(b) provides that the Clerk shall issue a notice prepared by the counsel for the United States informing the defendant of certain rights and exemptions.

    6. The notice "Clerk's Notice of Post Judgment Earnings Garnishment" contains the statutory language of §3202(b). The summary of exemptions states only the exemptions applicable to earnings pursuant to §3002(9), and 15 U.S.C. §1673.

7.  After the Application is filed and the Order for the Writ is signed by the Court, the Writ and Notice should be issued by the Clerk.

8.  The United States will then serve a copy of these documents and supplementary information required by §3205(c)(3)(A & B) on the garnishee and the defendant.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

DATE: March 16, 2007

        s/Elizabeth L. Collins
        Elizabeth L. Collins, Bar No. 487864
        Attorney for the Plaintiff
        United States Attorney's Office
        318 S. 6th Street
        Springfield, Illinois 62701
        Tel: 217-492-4450
        Fax: 217-492-4888
        E-mail: Beth.Collins@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **MEMORANDUM**, has this March 15, 2007, been placed in the United states mail addressed to:

        Jaime Michelle Morris
        116 N. 2nd Rear
        Keokuk, IA 52532

        Pca National Llc
        Attn: Robbie Milke
        815 Matthews-Mint Hill Lane
        Matthews, NC 28105-1705

DATE: March 16, 2007

        s/ Elizabeth L. Collins
        Elizabeth L. Collins, Bar No. 487864
        Attorney for the Plaintiff
        United States Attorney's Office
        318 S. 6th Street
        Springfield, Illinois 62701
        Tel: 217-492-4450
        Fax: 217-492-4888
        E-mail: Beth.Collins@usdoj.gov