E-FILED
Monday, 19 March, 2007  11:50:38 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
MAR 1 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 05-1205 |
| JAIME MICHELLE MORRIS, | ) |
| Defendant, | ) |
| PCA NATIONAL LLC, | ) |
| Garnishee. | ) |

## ORDER

The United States has applied for a Writ of Continuing Earnings Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

**THEREFORE IT IS ORDERED** that a Writ of Continuing Earnings Garnishment submitted by the government shall be issued.

s/Michael M. Mihm
UNITED STATES DISTRICT JUDGE

ENTERED: This 19th day of March, 2007.