IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 05-1205 |
| JAIME MICHELLE MORRIS, | ) |
| Defendant. | ) |
| PCA NATIONAL LLC, | ) |
| Garnishee. | ) |

**A F F I D A V I T**

State of Illinois
County of Sangamon

I, Elizabeth L. Collins, Assistant U.S. Attorney, being first duly sworn, deposes and says that:

I served the Writ of Continuing Earnings Garnishment on JAIME MICHELLE MORRIS, Defendant, on March 21, 2007, by placing the Writ in the United States mail, postage prepaid, addressed to 116 N. 2nd Rear, Keokuk, IA 52532, along with the following attachments:

1. Clerk's Notice of Post Judgment Earnings Garnishment.
2. Instructions to Garnishee (including Answer).
3. Instructions to the Defendant.
4. Application for Writ & Memorandum of Law
5. Order and Writ.

                                                                             s/Elizabeth L. Collins
By:    Elizabeth L. Collins, Bar No. 487864
         Attorney for Plaintiff
         United States Attorney's Office
         318 S. 6th Street
         Springfield, IL 62701
         Phone: 217/492-4450
         Fax: 217-492-4888
         E-mail: Beth.Collins@usdoj.gov

-2-

Pursuant to Title 28, Section 1746, I, Elizabeth L. Collins, Assistant U.S. Attorney, declare under penalty of perjury that the foregoing is true and correct.

DATED:  March 21, 2007

                                                s/ Elizabeth L. Collins
                                              Elizabeth L. Collins, Bar No. 487864

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **A F F I D A V I T** , has been made by placing in the United States mail, postage prepaid, addressed to:

    Jaime Michelle Morris
    116 N. 2nd Rear
    Keokuk, IA 52532

    Pca National LLC
    Attn: Robbie Milke
    815 Matthews-Mint Hill Lane
    Matthews, NC 28105-1705

DATE: March 21, 2007

                      s/Elizabeth L. Collins
By:   Elizabeth L. Collins, Bar No. 487864
      Attorney for the Plaintiff
      United States Attorney's Office
      318 S. 6th Street
      Springfield, IL 62701
      Phone: 217-492-4450
      Fax: 217-492-4888
      E-mail: Beth.Collins@usdoj.gov