UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 05-1205 |
| JAIME MICHELLE MORRIS, | ) |
| Defendant, | ) |
| PCA NATIONAL LLC, | ) |
| Garnishee. | ) |

## CERTIFICATE OF SERVICE

The Writ of Continuing Earnings Garnishment and the following Documents were served upon the Garnishee by Certified Mail No. 7002 0460 0002 1843 5415 on March 30, 2007:

1. Clerk's Notice of Post Judgment Garnishment.
2. Instructions to Garnishee (including Answer)
3. Instructions to Defendant.
4. Application for Writ (including Memorandum).
5. Order of Writ.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATED: April 2, 2007

By:    s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **CERTIFICATE OF SERVICE**,

has been placed in the United States mail addressed to:

>Jaime Michelle Morris
>380 S. 9th Street
>Hampton, Illinois 62341
>
>Pca National Llc
>Attn: Robbie Milke
>815 Matthews-Mint Hill Lane
>Matthews, NC 28105-1705

DATE:  April 2, 2007

|       |                                               |
|-------|-----------------------------------------------|
|       | s/Elizabeth L. Collins                        |
| By:   | Elizabeth L. Collins, Bar No. 487864          |
|       | Attorney for the Plaintiff                    |
|       | United States Attorneys Office                |
|       | 318 S. 6th Street                             |
|       | Springfield, Illinois 62701                   |
|       | Tel: 217-492-4450                             |
|       | Fax: 217-492-4888                             |
|       | E-mail: Beth.Collins@usdoj.gov                |