E-FILED
Monday, 09 April, 2007   12:24:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | COURT NO. 05-1205 |
| ) | |
| JAIME MICHELLE MORRIS, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| PCA NATIONAL LLC, ) | |
| ) | |
| Garnishee. ) | |

FILED
APR - 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## ANSWER OF THE GARNISHEE

1. **IF GARNISHEE IS AN INDIVIDUAL:**

That he/she is Garnishee herein doing business in the name of _____

_____.

**IF GARNISHEE IS A PARTNERSHIP:**

That he/she is a member of a partnership in the name of _____

_____.

**IF GARNISHEE IS A CORPORATION:**

That he/she is the (State Official Title) _Sr. Payroll Specialist_ Garnishee, a corporation organized under the laws of the State of _N.C._.

2. The address of the Garnishee is _815 Mathews-Mint Hill Rd Matthews NC 28105_.

3. The Garnishee was served with the Writ of Continuing Garnishment on _3/29/07_ (Date).

4. For the pay period in effect on this date of service:

    A. The garnishee owes or will owe the defendant compensation for personal services whether denominated as wages, salary, commission, bonus or otherwise and includes periodic payments pursuant to a pension or retirement programs.    ✓ Yes __ No

If yes, indicate type of compensation owed.

Wages @ 9.00 per hour

B. Indicate the payment periods: ✓ weekly, ___ bi-weekly, ___ semi-monthly, ___ monthly.

C. State when the present payment period began: __3/19/07__ (Date) and ends __3/25/07__ (Date).

(The present pay period is the pay period in which this Order and Notice of Garnishment were served)

D. Enter the total amount of payment due and Calculate below:

(1) Total Payment  gross        $ 610.12

(2) Federal income tax          $ 47.26

(3) F.I.C.A.                    $ 46.68

(4) State income tax            $ 21.00

(5) Other required and specify  $ _____

Total of required withholdings  $ 114.94

Disposable earnings             $ 495.18

5. Are there any previous garnishments in effect:

___ Yes ✓ No

If the answers is yes, describe the type of garnishment, amount and when it finalizes:

_____
_____
_____

6. Garnishee anticipates owing to the judgment debtor in the future, the following amounts:

| Amount | | Estimate date or Period Due | |
|---|---|---|---|
| 1. $_____ | | _____ | paid $9.00 per hr. |
| 2. $_____ | Vareable | _____ | 9 wk average |
| 3. $_____ | | _____ | w 41.5 hours |
| 4. $_____ | | _____ | or 380.25 gross |

7. If you deny that you hold property subject to this order of garnishment, or assert an exemption or set-off, check the applicable line below and state the specifics.

___ The Garnishee makes the following claim of exemption on the part of defendant: _____

_____

___ The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim:

_____

___ The Garnishee is not indebted or under liability to the defendant to pay any compensation; the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner liable as Garnishee in this action.

_____

_____

_____

3

8. On __4/4/07__, the Garnishee mailed a copy of this answer by first-class mail to:

(1) Debtor Name:  Jaime Michelle Morris
    at:  ~~116 N. 2nd Rear~~  380 SOUTH 9TH ST
         ~~Keokuk, IA 52532~~  HAMILTON IL 62341

(2) The Attorney for the United States:
    U.S. Attorneys Office
    Financial Litigation Unit
    318 S. 6th Street
    Springfield, Illinois 62701

(3) The Original to:  U.S. District Court
                      100 N.E. Monroe, Rm 309
                      Peoria, Illinois 61602

9. I declare under penalty of perjury that the above answers are true and correct. 28 U.S.C. § 1746.

_Robbie Milke_
Signature

Robbie Milke
Name (Printed)

815 Matthews-Mint Hill Rd
Address

Matthews NC 28105

704 847 8011
Telephone

877 866 3452
Fax Number

SR. PAYROLL SPECIALIST
Relationship
(i.e. President, Treasurer, Payroll Clerk, etc.)

4