E-FILED
Wednesday, 11 April, 2007 07:31:21 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 05-1205 |
| | ) |
| JAIME MICHELLE MORRIS, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| PCA NATIONAL LLC, | ) |
| | ) |
| Garnishee. | ) |

### MOTION TO VACATE WRIT OF CONTINUING EARNINGS GARNISHMENT

   Now comes the United States of America by and through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois and Elizabeth L. Collins, Assistant United States Attorney, and moves to vacate the Writ of Continuing Earnings Garnishment and states as grounds the following:

   1. On March 16, 2007, the government applied for a Writ of Continuing Earnings Garnishment (Doc #19) in this case.

   2. On March 19, 2007, the Court ordered said Writ (Doc #21).

   3. On March 19, 2007, the Clerk of the Court issued the Writ (Doc #23).

   4. On April 10, 2007, due to the Defendant's financial situation, the government agreed to a Payment Agreement of $125.00 a month starting May 15, 2007.

**WHEREFORE**, the government moves that the Court order the Writ of Continuing Earnings Garnishment issued in this case be vacated.

Respectfully submitted,

RODGER A HEATON
UNITED STATES ATTORNEY

DATED: April 11, 2007

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **MOTION TO WITHDRAW WRIT OF CONTINUING EARNINGS GARNISHMENT**, has this April 11, 2007, been placed in the United States mail addressed to:

        Jaime Michelle Morris
        380 S. 9th Street
        Hamilton, Illinois 62341

        PCA National LLC
        Attn:  Robbie Milke
        815 Matthews-Mint Hill Lane
        Matthews, NC 28105-1705

DATE:  April 11, 2007

        s/Elizabeth L. Collins
        Elizabeth L. Collins, Bar No. 487864
        Attorney for the Plaintiff
        United States Attorney's Office
        318 S. 6th Street
        Springfield, Illinois 62701
        Tel: 217-492-4450
        Fax: 217-492-4888
        E-mail: Beth.Collins@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 05-1205 |
| | ) |
| JAIME MICHELLE MORRIS, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| PCA NATIONAL LLC, | ) |
| | ) |
| Garnishee. | ) |

## **O R D E R**

Upon the Motion of the United States to vacate the Writ of Continuing Earnings Garnishment, the Writ of Continuing Earnings Garnishment is vacated.

**ENTERED:** _____

_____
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE