E-FILED
Wednesday, 11 April, 2007 03:27:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 05-1205 |
| JAIME MICHELLE MORRIS, | ) |
| Defendant, | ) |
| PCA NATIONAL LLC, | ) |
| Garnishee. | ) |

### ORDER

Upon the Motion of the United States to vacate the Writ of Continuing Earnings Garnishment, the Writ of Continuing Earnings Garnishment is vacated.

ENTERED: 4/11/07

s/ Michael M. Mihm
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE